UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RIDGE PETERSON,

    Plaintiff,

v.

TAHQUAMENON AREA
SNOWMOBILE ASSOCIATION, INC.,

    Defendant.

Case No. 18-120
Hon. Paul L. Maloney

_____/

Arvin J. Pearlman (P18743)
Benjamin J. Wilensky (P75302)
Attorneys for Plaintiff
SOMMERS SCHWARTZ, P.C.
One Towne Square, 17th Floor
Southfield, MI 48076
(248) 355-0300
apearlman@sommerspc.com
_____/

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

Pursuant to Fed. R. Civ. P. 55(a), Plaintiff RIDGE PETERSON requests that the Clerk enter a default against the Defendant, TAHQUAMENON AREA SNOWMOBILE ASSOCATION, INC. for failure to plead or otherwise defend this suit.

In support of this request, Benjamin J. Wilensky, one of the attorneys for Plaintiff, states that:

    1.    The summons and complaint were served on the Defendant, Tahquamenon Area Snowmobile Association, through its registered agent, Betsy Costa, via personal service on 8/18/2018. See Docket entry #6. Service was made by Deputy Anthony Ciaramitaro of the Luce County Sheriff's Department.

2. The Defendant, Tahquamenon Area Snowmobile Association, Inc., has failed to plead or otherwise defend in accordance with Fed. R. Civ. P. 12.

3. The Defendant is not an infant, incompetent person, or a member of the military service.

4. This statement is true and is signed under the penalty of perjury.

Respectfully submitted,

SOMMERS SCHWARTZ, P.C.

By: _____
ARVIN J. PEARLMAN (P8743)
BENJAMIN J. WILENSKY (P75302)
Attorneys for Plaintiff
One Towne Square, 17th Floor
Southfield, MI 48076
(248) 355-0300
bwilensky@sommerspc.com

Dated: September 14, 2018

STATE OF MICHIGAN   )
                    ) ss.
COUNTY OF OAKLAND   )

Subscribed and sworn to before me this
14th day of September, 2018

_____
JULIE A. RYMILL, Notary Public
County of Macomb, State of Michigan
Acting in the County of Oakland
My commission expires: 7/7/2021

JULIE A. RYMILL
NOTARY PUBLIC, STATE OF MI
COUNTY OF MACOMB
MY COMMISSION EXPIRES Jul 7, 2021
ACTING IN COUNTY OF OAKLAND

## CERTIFICATE OF SERVICE

Benjamin J. Wilensky hereby certifies that on this 14th day of September, 2018, he filed the foregoing document with the Clerk of the Court via the Court's ECF system, which will automatically serve the document upon all counsel of record.

Benjamin J. Wilensky (P75302)

LAW OFFICES
SOMMERS SCHWARTZ, P.C.
ONE TOWNE SQUARE • 17TH FLOOR • SOUTHFIELD, MICHIGAN 48076 • (248) 355-0300