UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RIDGE PETERSON,
    Plaintiff,

v.

Case No.: 2:18-cv-120

HONORABLE PAUL L. MALONEY

TAHQUAMENON AREA
SNOWMOBILE ASSOCIATION, INC.,
    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter is before the Court on the Plaintiff's Motion for Default Judgment Pursuant to Fed. R. Civ. P. 55(b). The matter was referred to the Magistrate Judge who held an evidentiary hearing regarding damages and issued a Report and Recommendation on December 4, 2018, recommending that this Court grant the motion and enter Judgment in the amount of $1,509,908.75. The Report and Recommendation was duly served on the Plaintiff. Default entered as to Defendant on September 17, 2018 (ECF No. 8). No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 17) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motion for default judgment (ECF No. 10) is GRANTED.

A Judgment will be entered consistent with this Order.

Dated: December 20, 2018              /s/ Paul L. Maloney
                                                                   Paul L. Maloney
                                                                   United States District Judge