UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RIDGE PETERSON,
    Plaintiff,

v.

TAHQUAMENON AREA
SNOWMOBILE ASSOCIATION, INC.,
    Defendant.
_____/

Case No.: 2:18-cv-120

HONORABLE PAUL L. MALONEY

## JUDGMENT

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Plaintiff and against Defendant in the amount of $1,509,908.75.

Dated: December 20, 2018

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge